# AFFIDAVIT
## In Support Of Motion In Forma Pauperis For Leave To Proceed Without Prepayments Of Court Costs.

FILED
DEC 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 2315

Petitioner James F. Johnson is an indigent prisoner, housed in and at the District of Columbia Jail.

Petitioner cites the First Amendment of the United States Constitution "the guarantee of citizens freely to address the Government to seek redress of grievance" with his request to proceed in filing without first prepayments of Court cost, for reason briefly stated as follows, his prison account statement is attached:

I am a citizen of the United States and D.C. Tax Payer;
I am indigent and presently unemployed;
I am unable to pay Court cost or give security for same;
I own no bank accounts, real estate, nor have valuables to give security for same;
I believe I am entitled to the redress I seek.

"Leave To Proceed Without Prepayments Of Cost GRANTED.

Attachments (2)

United States District Court Judge.

RECEIVED
NOV 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

LAW OFFICES

# Friedman & MacFadyen, P.A.

| | | |
|---|---|---|
| ALVIN E. FRIEDMAN* | TOTMAN BUILDING—SUITE 400 | SAMUEL S. LEVIN |
| KENNETH J. MACFADYEN | 210 EAST REDWOOD STREET | (1897-1979) |
| MARK H. FRIEDMAN* | BALTIMORE, MARYLAND 21202-3399 | |
| MICHAEL T. CANTRELL* | | D. C. OFFICE |
| DANIEL B. MENCHEL* | (410) 685-1763 | 5301 WISCONSIN AVENUE N. W. |
| JAMES J. LOFTUS* | FAX (410) 727-1759 | SUITE 750 |
| STEPHEN B. WOOD** | | WASHINGTON, D. C. 20015 |
| NICOLE ROSSI** | PLEASE REPLY TO BALTIMORE _____ | VIRGINIA OFFICE |
| KATHRYN D. CLAYPOOLE | PLEASE REPLY TO VIRGINIA _____ | 1601 ROLLING HILLS DRIVE |
| DAVID B. MINTZ* | | SURRY BUILDING, SUITE 125 |
| | | RICHMOND, VIRGINIA 23229 |
| *ADMITTED TO PRACTICE IN MD & D. C. | | (804) 288-0088 |
| **ADMITTED TO PRACTICE IN VA | | FAX (804) 288-0052 |

September 29, 2005

Mr. James F. Johnson
2632 Wade Road, SE, Unit 2632-11
Washington, DC 20020
Re: 2632 Wade Road, SE, Unit 2632-11
    Our File No.: 530242

Dear Mr. Johnson:

On December 3, 2003 you borrowed money from Presidential Bank, FSB and executed a Mortgage/Deed of Trust and Note secured by the above referenced property. Since that time your loan has been transferred to Chase Home Finance, LLC the current noteholder and/or servicer. The loan has been referred to this office for legal action based upon a default under the terms of your Mortgage/Deed of Trust and Note. This office has been retained to institute foreclosure proceedings under the loan agreement.

Pursuant to the Fair Debt Collection Practices Act, we are providing the following information. As of the date of this letter the total indebtness due from the date of default is $100,874.96 pursuant to the terms of Mortgage/ Deed of Trust and Note. On the following page we have provided you with a breakdown of that amount. If within thirty (30) days from receipt of this letter you fail to dispute all or part of the debt, the debt will be assumed as valid. If you notify this office in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt and a copy of such verification will be mailed to you. Upon your written request within the thirty (30) day period, this office will provide the name and address of the original noteholder, if different from the current noteholder.

Page Two
Mr. James F. Johnson

If you have been discharged in a Chapter 7 proceeding, Chase Home Finance, LLC will not pursue you personally for any deficiency which may arise from this foreclosure. Rather, Chase Home Finance, LLC intends to proceed against the property to foreclose your Deed of Trust/Mortgage.

We have calculated a statement of your debt below, as of the date of this letter. Please understand, the figures shown below will continue to change as this foreclosure progresses, and may have already changed by the time you receive this notice. To obtain the most current figures, it will be necessary for you to contact this office.

Total indebtedness of $100,874.96 as of the date of this letter:

| | |
|---|---|
| Principal Balance | $91,905.89 |
| Interest Accrued 12/01/04 - 09/29/05 | $4,844.21 |
| Accrued Late charges 12/01/04 - 09/29/05 | $43.42 |
| Escrow/Impound | $335.08 |
| Legal Fee | $150.00 |
| Foreclosure Expenses (To Date) | $250.00 |
| MIP/NSF Fees | $118.01 |
| Property Inspection | $147.00 |
| Previous BK and FCL Fees | $3,984.29 |
| Fees Collected | ($902.94) |
| Total Due | $100,874.96 |

Per diem: $14.58                                Monthly Late Charge: $21.71

Should you wish to reinstate or payoff your loan, or obtain a current statement of your debt for any reason, please contact our foreclosure department at the above telephone number between the hours of 9:00 a.m. and 5:00 p.m. and ask for Tashea at extension 139 or Rae at extension 304.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Very truly yours,

FRIEDMAN & MacFADYEN, P.A.

Alvin E. Friedman

AF:tng
FIRST CLASS MAIL