UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James F. Johnson,** )<br>)<br>**Plaintiff,** )<br>)    **Civil No. 05-2315 RBW**<br>**v.** )<br>)<br>**Anthony Williams, et al,** )<br>)<br>**Defendants.** )<br>_____) | |

**ORDER GRANTING DEFENDANT MAYOR ANTHONY WILLIAMS' MOTION TO DISMISS**

Upon review of the Defendant's Motion to Dismiss, any opposition thereto, and the facts and law considered, it is this \_\_\_\_ day of February 2006,

HEREBY ORDERED that the complaint against Defendant Mayor Anthony Williams is DISMISSED WITH PREJUDICE.

_____
The Honorable Reggie B. Walton
United States District Court

Copies to:

Dana K. DeLorenzo
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, DC 20001

James F. Johnson
DCDC No. 119-202
D.C. Jail
1901 D Street, SE
Washington, DC 20003