# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

JAMES F. JOHNSON

    PLAINTIFF,

Vs.                      CIVIL ACTION-05-2315
                            (RBW, Judge)

ANTHONY WILLIAMS, et al,

    DEFENDANTS.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

PETITIONER JAMES F. JOHNSON, PRO SE, VIGOROUSLY OPPOSE ANY MOTION FOR DISMISSAL AGAINST ANY DEFENDANT NAMED IN CIVIL ACTION NUMBER 05-2315, FOR REASONS SO STATED BELOW;

THIS PLAINTIFF, THOUGH CONGRESSIONALLY MANDATED PLACED IN THE "PAROLLING AUTHORITY" OF THE UNITED STATES PAROLE COMMISSION, IS NONE THE LESS A DISTRICT OF COLUMBIA FELON AND NOT AN UNITED STATES FELON, THUS, THE CONGRESS WHEN RELIEVING THE D.C. GOVERNMENT OF PAROLLING AUTHORITY, IT DID NOT RELIVE D.C. GOVERNMENT OF "CONTROLLING AUTHORITY" OF IT'S FELONS.

DISTRICT OF COLUMBIA FELONS INDICTED AND TRIED UNDER THE D.C. CRIMINAL CODE MUST BE SUBJECTED TO THE D.C. CODE OF CRIMINAL PROCEDURE, ROUTINELY PROSECUTED IN THE SUPERIOR COURT OF THE DISTRICT

of Columbia.

Had the U.S. Congress intended otherwise, it would not have authorized the D.C. Code 24-133 which authorize the D.C. Government to "defend any civil action or proceeding brought in (any) Court" against any (Agent) of the D.C. Government. See D.C. Code 24-133(e)(1),(4) (Supp. 2005).

Plaintiff contend that C.S.O.S.A., for all intensive purposes and design, is intended as an (1) Agent for the D.C. Government, to supervise (only) D.C. Indicted, Charged and Convicted Felons, (2) to serve jurisdictionally (only) in the D.C. Superior Court (CSOSA has no supervisional authority over any felon convicted in the U.S. District Court, D.C. Circuit); (3) to have official office space in D.C. Operated Buildings and Office Spaces; (4) to have and supervise Community Correction Centers for D.C. Felons and Drug Addicts; (5) CSOSA exist only under the legislation of a District of Columbia Code, not an United States Code.

Plaintiff contend that the Mayor of the District of Columbia is the only single official in D.C. whom can sign, approve, and or veto any legislation first submitted by the D.C. City Council who did legislate D.C. Code 24-133.

The D.C. Mayor is responsible for the (1) Employement, (2) Training, (3) Treatment, and (4) care of all D.C. Employees and it's contractural Agents, or otherwise Agents of/for the District of Columbia.

The D.C. Mayor is and can be held to be accountable and responsible for any Employee or any D.C. Agent (i.e.) whose actions are shown to be (1) "Shocking to the Conscious" of fair minded thinking people, and or (2) where it is shown that the actions of any D.C. Employee is, or was, an act to "deliberate indifference".

The Plaintiff further contend that any act of deliberate indifference, or otherwise, shocking to the conscious, is considered as an "moving force" which is actionable under 42 U.S.C. 1983, moreover, if such action(s) are shown to have acted out "under color of law" such action(s) can be held liable also under 18, U.S.C. 241 and 242.

Plaintiff contends that D.C. felons and the D.C. Code are the moving forces behind CSOSA, and all are under the direct purview of the Mayor of the District of Columbia, There is no federal statute nor legislation under the U.S. Code which authorize CSOSA, moreover, the "Court" as referred to in Court Services for Offender Supervision Agency (CSOSA) speaks directly towards the D.C. Superior Court and not the U.S. District Court/DC Circuit, whose "Supervision Agency" is located on the second floor of the U.S. Court.

Plaintiff contend that the instant Defendants has adopted and uses "unconstitutional policy" in trying to define that D.C. Municipal Employees are not or should not be subjected to abide by the United States Constitution in providing for the "Equal Protection of the Laws" for citizen (2) The rights of citizens freely to exercise freedoms of speech, exercise, liberties, and services of property and person; as shown in recent decisions against the D.C. Government and or the D.C. Police Department. These Defendants were operating under "color of law" under the auspices of the CSOSA, an "entity and agent" of the D.C. Government, which is headed by D.C. Mayor Anthony Williams.

Plaintiff contend, that the Mayor of D.C. should have known that if he failed to properly train CSOSA Employees that they were functioning as an entity and or agent of and for the D.C. Government, and that it was the D.C. Government and Mayor whom must respond also for any illegal behavior inconsistent with the United States Constitution, then the Mayor is in violations

of the terms spelled out in City of Canton vs. Ohio, vs. Harris, 489 U.S. 378, 388 (1989), and these bad and or untrained policies and procedures, and regulations were the moving force behind this original complaint, thus, CSOSA Employee's, if they act like a duck, walk like a duck, the Court must portray them as "ducks" for the purposes of their "actions" irregardless of "who pay them" from a budget, they are "designed" as D.C. Employees and/or an entity or agency thereof, and for no other legislative authority does CSOSA exist.

Whereas, petitioner James F. Johnson only moves that this Court allows for this complaint to be determined by a jury of peers and the instant complaint to proceed as is set forth and prayed for, it is so moved.

In God We Trust

*James F. Johnson*

James F Johnson

"Chief Clerk note below!"

## CERTIFICATE OF SERVICE

I James F. Johnson do so certify, under penalty of perjury that I have mailed the original Response to Defendants Motion to Dismiss, to:

Chief Clerk
U.S. District Court
333 Constitution Ave. N.W.
Washington, DC   20001

with no funds available for xeroxing copies for the Defendants nor the Plaintiff, that the Clerk is duly requested to forward appropriate copies to all parties and the Plaintiff, pro se at:

James F. Johnson #119202
CTF/DC Jail 1901 E St. S.E.
Washington, D.C.   20003

*James F. Johnson*