UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **James F. Johnson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil No. 05-2315 RBW |
| v. | ) | Related case: 05-2504 RBW |
| | ) | |
| **Anthony Williams, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**DEFENDANT MAYOR ANTHONY WILLIAMS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY TO THE PLAINTIFF'S RESPONSE TO HIS MOTION TO DISMISS**

Defendant Mayor Anthony Williams, by and through undersigned counsel, respectfully requests that the Court permit him an extension of time within which to file a reply to Plaintiff's Response to his Motion to Dismiss. Mayor Williams is asking for one additional week to submit a reply to the Plaintiff's Response.

Undersigned counsel did not attempt to speak to the plaintiff to obtain his consent to the relief requested herein, as he is incarcerated.

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division

                                            */s/ Holly M. Johnson /s/*
                                            HOLLY M. JOHNSON [476331]
                                            Section Chief
                                            General Litigation Section III

>*/s/ Dana K. DeLorenzo /s/*
>Dana K. DeLorenzo [468306]
>Assistant Attorney General
>441 4th Street, N.W., 6S61
>Washington, D.C. 20001
>(202) 724-6515
>(202) 727-3625 (fax)
>Dana.delorenzo@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>February 24, 2006</u>, a copy of the foregoing Motion and Memorandum of Supporting Points and Authorities was mailed postage prepaid to:

James F. Johnson
DCDC No. 119-202
D.C. Jail
1901 D Street, SE
Washington, DC 20003

>*/s/ Dana K. DeLorenzo /s/*
>Dana K. DeLorenzo
>Assistant Attorney General

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **James F. Johnson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 05-2315 RBW |
| v. ) | Related case: 05-2504 RBW |
| ) | |
| **Anthony Williams, et al,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT MAYOR ANTHONY WILLIAMS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY TO THE PLAINTIFF'S RESPONSE TO HIS MOTION TO DISMISS**

Defendant Mayor Anthony Williams, by and through undersigned counsel, respectfully requests that the Court permit him an extension of time within which to file a reply to Plaintiff's Response to his Motion to Dismiss. In support of this request, Mayor Williams states as follows:

1. On December 1, 2005, the Complaint was filed in the instant case.

2. On February 8, 2006, Mayor Williams filed a Motion to Dismiss.

3. On February 22, 2006, Plaintiff filed a Response to the Motion to Dismiss.

4. Upon information and belief, Mr. Johnson filed a petition for a writ of habeas corpus in 05-2504 RWR. Upon information and belief, this petition contains allegations that are similar to the allegations in the instant case.

5. Undersigned counsel would like more time to examine the allegations in the habeas petition. Additionally, undersigned counsel would like ample opportunity to submit a reply that thoroughly addresses Plaintiff's response. Therefore, Mayor Williams is requesting an additional week to submit a reply to Plaintiff's Response. Upon

information and belief, this would mean that the due date for Mayor Williams' response would be March 7, 2006. Such a brief delay would not prejudice the parties in this case.

WHEREFORE, Mayor Williams respectfully requests that the Court permit him a one-week extension of time within which to file a Reply to the Plaintiff's Response to his Motion to Dismiss.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov