UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES F. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2315 (RBW) |
| | ) | |
| ANTHONY WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant Anthony Williams' motion to dismiss [Dkt. #10] is GRANTED. The complaint is DISMISSED WITH PREJUDICE as to defendant Williams. It is further

ORDERED that this action is DISMISSED WITHOUT PREJUDICE as to defendants Quander, Brennan, Taberski and Hinton for insufficient service of process.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

Date: September 22, 2006