RECEIVED
OCT 10 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES F. JOHNSON
FED. REG. NO. #07561-016
P.O. BOX 7000 FCI
FORT DIX , NJ 08640

    **PLAINTIFF,**

    VS.                            Civil Action No.05-2315
                                            (RBW)

ANTHONY WILLIAMS ,et al.,

    **DEFENDANTS.**

## NOTICE OF APPEAL OF FINAL ORDER

THIS PLAINTIFF RECEIVED AN **ORDER** FROM THIS COURT ON OR ABOUT MONDAY OCTOBER 2, 2006 , AT FEDERAL CORRECTIONS INSTITUTION AT FORT DIX, NJ IN CIVIL ACTION NUMBER 05-2315(RBW)DISMISSING WITH-OUT PREJUDICE AS TO DEFENDANTS **QUANDER, BRENNAN, TABERSKI** AND **HINTON** , FOR INSUFFICIENT SERVICE OF PROCESS."

BECAUSE THIS IS AN FINAL ORDER AND BECAUSE THIS PLAINTIFF ASCERT HIS RIGHT TO APPEAL AS A RIGHT AND ACCORDINGLY TO **FED. R. APP. P. 4(a)** , PLAINTIFF DULY SUBMIT HIS APPEAL OF RIGHT OR IN THE ALTERNATIVE, DULY REQUEST THIS COURT TO REEVALUATE IT'S ORIGINAL ORDER IN THIS DISMISSAL, FOR REASONS BRIEFLY STATED AS FOLLOWS:

1. PLAINTIFF JAMES F. JOHNSON FIRST FILED HIS COMPLAINT IN **FORMA PAUPERIS** AND WAS SO DULY **GRANTED LEAVE TO PROCEED WITHOUT PRE-PAYMENT OF COST."** MOREOVER, THIS GRANTED THIS PETITIONER EVERY RIGHT ASSOCIATED AND COVERING **INDIGENT** PLAINTIFF'S AND OR PETI-TIONERS.

2. PLAINTIFF JAMES F. JOHNSON FILED HIS PETION TO THIS HONORABLE COURT AS AN **PRO SE PRISONER**, AS HE NOW CORRECTLY DRAWS ATTENTION TO <u>**PRENTISS HOUSTON, VS. LARRY LACK**, 487 US 266, 101 L Ed 2d 245 1089 S Ct 2379 [No. 87-5428] (1988)</u>

<u>" PRO SE PRISONERS CAN FILE NOTICES OF APPEAL TO THE FEDERAL COURTS OF APPEALS ONLY BY DELIVERING THEM TO PRISON AUTHORITIES FOR FORWARD-ING TO THE APPROPRIATE DISTRICT COURT. THE QUESTION WE DECIDE IN THIS CASE IS WETHER UNDER FEDERAL RULE OF APPELLATE PROCEDURE 4(a)(1)SUCH NOTICES ARE TO BE CONSIDERED FILED AT THE MOMENT OF DELIVERY TO PRISON AUTHORITIES FOR [**FORWARDING**] OR AT SOME LATER POINT IN TIME."</u> EMPHASIS ADDED.

3. PLAINTIFF CLEARLY AND EMPHATICALLY STATED THAT HE WAS WITHOUT PROPER AND OR SUFFICIENT FUNDINGS TO FULLY PROCESS AND PROSECUTE HIS COMPLAINT AND DULY REQUESTED THE CLERK OF THE COURT TO ASSURE THAT ANY AND ALL CONCERNED PARTIES RECEIVE A COPY OF HIS COMPLAINT. A SECOND REVIEW OF HIS ORIGINAL COMPLAINT AT THE " **CERTIFICATE OF SERVICE** " SIGNED BY THIS PETITIONER SHALL AVER HIS ASCERTIONS, NOR WERE SAME ISSUED AN DENIAL FROM THIS COURT NOR OBJECTIONS BY OR FROM ANY NAMED DEFENDANT IN THE INSTANT CAUSE.

, THUS , PLAINTIFF CONTEND THAT THE DEFENDANTS HAS LEGALLY " WAIVED" ANY RIGHT TO CONTEST THAT DELIVERY PROCESS IN THIS CAUSE.

4. PLAINTIFF FURTHER CONTEND, THAT EACH OF THE NAMED DEFENDANTS ARE CERTIFIED AND SWORN TO LAW ENFORCEMENT OFFICERS OF THE COURT, AND THAT , EACH OF THE NAMED DEFENDANTS ARE LAWFULLY AND CONGRESSIONALY APPROVED TO BE OFFICERS OF THE COURT SWORN TO UPHOLD THE LAW, AND ARE FEDERAL EMPLOYEES **(CSOSA) OF THE SUPERIOR COURT OF THE DISTRIC OF COLUMBIA**, ALL WITHIN A BLOCK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AND ALL ASKING THIS COURT TO " **PLACE THEM (ABOVE) THE LAW.**" PLAINTIFF CONTEND , THAT OFFICERS OF THE COURT, THE DEFENDANTS, WHOM ARE CHARGED WITH THE OPERATIONS OF MAINTAINING CUSTODY OF PRISONERS FOR THE COURT, " **CANNOT HAVE IT's CAKE , AND EAT IT TOO!**"

5 PLAINTIFF CONTEND THAT THE FEDERAL COURTS AND THE UNITED STATES SUPREME COURT HAS " FIRMLY " RULED AGAINST THE DENIALS OF PRISONERS THEIR INHERITED AND FUNDAMENTAL RIGHTS PROTECTED BY THE UNITED STATES STATES CONSTITUTION. THUS, IS THE DEFENDANTS HAS **NOTHING TO HIDE**,THEN MOST CERTAINLY , AS LAW ENFORCEMENT OFFICERS AND OFFICERS OF THE COURT, WHO SWEARS OUT CIVIL COMPLAINTS AGAINST PRISONER EACH DAY, CAN CERTAINLY ANSWER TO AN CIVIL COMPLAINT AGAINST THEM , THATIF THIS RULE APPLIES TO " **ENIMY COMBATANTS OF THE COUNTRY,** THEN MOST CERTAINLY THIS COURT MUST APPLY THESE SAME STANDARDS TO THESE DEFENDANTS AND COMPEL THEM TO RESPOND OR DECLARE DEFAULT.

6. PLAINTIFF CONTEND THAT HE IS ENTITLED TO HAVE HIS DAY IN COURT, THAT THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION ALLOWS FOR HIS FREEDOM OF EXPRESSION IN THE EXERCISION OF HIS RIGHTS AND THE EQUAL PROTECTIONS OF THE LAWS, THAT HE IS IN JAIL, " SOLELY" AT THE REQUEST FOR CIVIL COMPLAINT AGAINST HIM BY THESE SAME DEFENDANTS AS HE IS CHARGED WITH VIOLATION OF AN **ADMINISTRATIVE NON CRIMINAL PAROLE VIOLATION** , AND CLEARLY, THIS PLAINTIFF BELIEVES THAT HAD HE NOT ANSWERED THE COMPLAINT , THAT THIS HONORABLE COURT, AND OR ANY OTHER COURT WOULD HAVE RESPONDED TO THE CALL OF THESE DEFENDANTS TO HAVE THIS PLAINTIFF ARRESTED FOR FAILURE TO RESPOND TO THEIR CIVIL NON CRIMINAL COMPLAINT, THUS PLAINTIFF , BY VIRTUE OF THE EQUAL PROTECTION CLAUSE OF THE UNITED STATES CONSTITUTION, IS ENTILTED TO SEEK THE SAME REDRESS.

7. FINALLY, PLAINTIFF REITERATE HIS ORIGINAL REQUEST, THAT UPON THE RECONSIDERATIONS BY THIS HONORABLE COURT, RELYING UPON IT'S INTEGRITY, TO NOT ALLOW THESE DEFENDANTS TO APPEAR AS " ABOVE THE ARM OF THE LAW " as the courts are the " ONLY KNOWN REMEDY OF MEDIATION " BETWEEN THIS PRISONER AND AN " OFFICER OF THE COURT" WITH AUTHORITY TO " CHECK AND BALANCE " THE SCALE OF LAW", THUS, IT IS SO MOVED THAT THE PROCESS OF DELIVERY BE CONDUCTED BY MEANS AVAILABLE TO THE CLERK OF THIS COURT OR THAT THESE DEFENDANTS BE HELD IN DEFAULT AND JUDGEMENT GRANTED TO THIS PLAINTIFF, IT IS SO MOVED, SET FORTH AND PRAYED .

IN GOD WE TRUST,

*James F. Johnson*

JAMES F. JOHNSON

CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON, THE PLAINTIFF IN THE INSTANT ACTION, DO SO DEPOSE AND SAY UNDER PENALTY OF PERJURY, THAT I HAVE MAILED THE ORIGINAL AND ONE COPY TO THE CLERK OF THE COURT IN CIVIL ACTION #05-2315 (RBW) , POSTAGE FIRST PREPAID BY WAY OF UNITED STATES POSTAGE, THAT I AM A PRISONER HOUSED IN AND AT THE FEDERAL PRISON IN FORT DIX , NJ, THAT I AM CONTINUALLY INDIGENT AND THAT I AM UNABLE TO PAY COURT COST NOR GIVE SECUIRTY FOR SAME, THAT I BELIEVE THAT I AM ENTITLED TO THE REDRESS I SEEK, THAT THE CLERK IS DULY REQUESTED TO MAKE SERVICE OF PROCESS UPON ALL CONCERNED PARTIES , WITH AN STAMPED COPY RETURNED TO THE PLAINTIFF AT THE ADDRESS LISTED UPON THE FACE OF THIS NOTICE OF APPEAL, ON THIS 2nd DAY OF OCTOBER, 2006, IT IS SO MOVED.


IN GOD WE TRUST ,

*/s/ James F. Johnson*
JAMES F. JOHNSON