# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7176**  **September Term, 2006**

05cv02315

Filed On:

James F. Johnson,
    Appellant

v.

Anthony A. Williams, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR 1 6 2007

**CLERK**

### ORDER

Upon consideration of appellant's notice of appeal, which contains a motion filed pursuant to Fed. R. Civ. P. 59(e), it is

**ORDERED**, on the court's own motion, that the motion be referred to the district court for consideration. It is

**FURTHER ORDERED** that the case is hereby held in abeyance pending resolution by the district court of the motion filed pursuant to Fed. R. Civ. P. 59(e).

The Clerk is directed to transmit a copy of this order to the district court. The district court is directed to notify this court immediately upon disposition of the motion.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY: *Sabrina M Crisp*
          Sabrina M. Crisp
          Deputy Clerk/LD