UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES F. JOHNSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2315 (RBW) |
| ANTHONY WILLIAMS, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

On September 26, 2006, the Court dismissed this civil action without prejudice as to defendants Quander, Brennan, Taberski and Hinton for insufficient service of process. *Johnson v. Williams*, No. 05-2315, 2006 WL 2788985, at *3 (D.D.C. Sept. 26, 2006). Plaintiff appealed this decision, and the United States Court of Appeals for the District of Columbia has held resolution of the case in abeyance pending this Court's resolution of plaintiff's motion filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. For the reasons stated below, the Court will grant plaintiff's motion.

Because plaintiff is an indigent prisoner "without proper and or sufficient fundings to fully process and prosecute his complaint," he "requested the Clerk of the Court to assure that any and all concerned parties receive a copy of his complaint." Pl.'s Mot. ¶ 3. Although plaintiff did not name the Court Services and Offender Supervision Agency and the United States Parole Commission as defendants, evidently he intended to bring claims against these entities, in addition to the claims he apparently brings against individual defendants Quander, Brennan, Taberski and Hinton in both their individual and official capacities. Review of the Court's

docket showed that none of these defendants was served properly a summons and plaintiff's complaint.

Generally, a plaintiff proceeding *in forma pauperis* "should be entitled to rely on the court officers and United States Marshals to effect proper service, and should not be penalized for failure to effect service where such failure is not due to fault on the litigant's part." *Fowler v. Jones*, 899 F.2d 1088, 1095 (11th Cir. 1990); *see Mondy v. Sec'y of the Army*, 845 F.2d 1051, 1060 (D.C. Cir. 1988) (MacKinnon, J. concurring). The apparent defects in service of process in this case can be corrected. The Court therefore will grant plaintiff's Rule 59(e) motion, and will direct the Clerk of Court to issue summonses for service by the United States Marshals Service pursuant to 28 U.S.C. §1915(d) and Fed. R. Civ. P. 4.(c)(2).

Accordingly, it is hereby

ORDERED that plaintiff's Rule 59(e) motion is GRANTED. It is further

ORDERED that the Clerk of Court shall issue summonses and shall cause service to be effected by the United States Marshals Service on defendants Quander, Brennan, Taberski and Hinton in their individual and official capacities, and on the Court Services and Offender Supervision Agency, the United States Parole Commission, the Attorney General of the United States, and the United States Attorney for the District of Columbia. It is further

ORDERED that the Clerk of Court forthwith shall transmit this Order to the United States Court of Appeals for the District of Columbia Circuit.

SO ORDERED.

Date:   June 13, 2007                                              /s/
                                                                   REGGIE B. WALTON
                                                                   United States District Judge