# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7176**  **September Term, 2006**

05cv02315

**Filed On:**

James F. Johnson,
    Appellant

v.

Anthony A. Williams, Mayor, et al.,
    Appellees

FILED
AUG 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED AUG 2 7 2007
CLERK

### ORDER

Upon consideration of the court's order to show cause filed July 24, 2007, the response thereto filed by appellee Anthony A. Williams, and appellant's motion to withdraw appeal, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion to withdraw appeal be granted, and this case be hereby dismissed.

The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                                BY: _____
                                        Mark Butler
                                        Deputy Clerk

A True copy:
    United States Court of Appeals
    for the District of Columbia Circuit
By: _____ Deputy Clerk