UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NON PRO TUNC

PETITION TO STAY PROCEEDINGS IN CIVIL ACTION
1:05-cv-02315 (RBW) FOR LACK OF NON OFFICIAL COURT ORDER

In re: 1:05-cv-02315
JAMES F. JOHNSON VS. PAUL BRENNAN, CSOSA, et al.;

Petitioner James F. Johnson respectfully moves this Honorable Court to issue an
immediate STAY OF PROCEEDINGS in the above captioned cause, for reasons
Briefly stated as follows:

This case was originally filed against the instant Defendants and the former Mayor
Of the District of Columbia, Mr. Anthony Williams.

This Court dismissed all actions against Mr. Anthony Williams during the 2006-year(SEE ATTACHED PP

This Petitioner, then incarcerated in the District of Columbia Jail and Federal Bureau Of
Prisons (BOP), filed a petition for ruling upon his motion for Rule 59, to which this Court
also denied. Petitioner, James F. Johnson, appealed that Order of denial to the
United States Appeals Court for the District of Columbia, where said Court held in
Abeyance, all proceedings pending the lower Courts' ruling upon the Rule 59 motion.

The Lower Court, under the Honorable Reggie B. Walton, " reversed " it's denial ruling
And thus, the Appellant, James F. Johnson " withdrew " his appeal of the " denial "
Because it was " elementary " at that point, and all Court entries stated these actions
As the (appeal) was then " dismissed ' as per (17) on the Courts transcript docket.

Petitioner now contend that absolutely nothing in the records indicate that the case
Against those remaining Defendants were ORDERED by any Court as being "dismissed"
Against those remaining Defendants nor had there issued any written notice to this
Plaintiff indicating such an Order, nor does the records reflect such actions, thus, legally,
And accordingly to applicable Court Rules and precedence, this Petitioner is entitled to
The redress he seeks.

Further, Petitioner now contend that the Court Services for Offender Supervision
(CSOSA) and Defendant Paul Brennan, has imposed " undue " harassment retaliatory
Measures against this Petitioner since his release from prison.

RECEIVED
JUN - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

Petitioner contend that after being release from prison in October, 2007, he has more than satisfactory abided by any and all compliances offered by his CSOSA Supervisor, then, M. Penny Spivey, whom subsequently recommended that this Parolee be subjected to lesser
And lower supervision status after seven (7) months of " spotless " infractions, making any and all scheduled appointments, having no dirty urines, etc.

Petitioner now contend that because of an fire in his apartment in South East, DC, he was Forced to find suitable housing in North East, DC. After several weeks,        it was Disclosed to him that he was " transferred " back under the supervision of Defendant Paul Brennan. Petitioner protested, vehemically to this adverse action as a ploy to have Him further harassed, and that this was a " conflict of interest " because of the pending Litigation in the above captioned case.

Petitioner was then ORDERED, per Mr. Paul Brennan to have " increased supervision to The " maximum level, GPS monitoring, and not to have employment at certain locations Even though no minors exist on those premises, no one there has criminal convictions, Nor any pending criminal charges, and instead of reporting once (1) per month as ordered per his previous CSOSA Parole Supervisor, Ms. Penny Spivey, he was ORDERED, per Mr. Paul Brennan, to report each WEEK, even though Petitioner presented official documents from Federal Government agencies that he received a monthly income of $637.00 Social Security and SSI benefits and in reality, could not
Afford the weekly visits. Mr. Paul Brennan told petitioner that should he miss Any appointment, or violated any provisions of the representations ORDERED by Mr. Paul Brennan that he would immediately be returned to prison.

Petitioner spoke with members of Director, Paul Quanders' office and staff, specifically, a
Mr. Pears, whom stated that I would not be transferred to another supervision officer not Under the purview of Mr. Paul Brennan because Mr. Brennan said so and that he saw no Reason to not grant his request.

Whereas, Petitioner respectfully seeks this Honorable Court to issue an immediate STAY In the instant caption and reopen this case and further, Order an immediate hearing to determine the official status of this case and to have this Petitioner ORDERED to have A different supervision not under the purview of the Defendant Paul Brennan until some Official ORDERS are rendered by this Court, and further, that any violation of this ORDER/STAY be held in contempt of Court until said ruling ORDER is rendered by this Court, in writing, informing this Petitioner, and all concerned parties of such ORDERS, it Is so moved.

In God We Trust,

James Johnson  06/05/08

James F. Johnson

3

## CERTIFICATE OF SERVICE

I, James F. Johnson, the Petitioner in the instant motion for Stay Of Proceedings in Civil Action 1:05-cv-02315 (RBW), do so certify that I have hand delivered the original to the Clerk of the Court and a copy to the business office of Mr. Paul Quander, Director, CSOSA, at 633 Indiana Avenue. NW Washington, DC   20001, to honor this STAY until this Honorable Court to officially forwards such written ORDERS Have his case and supervision severed from the authority of Mr. Paul Brennan until this Case is officially dismissed, in writing, with an Order from this Court. Petitioner reserves his status a pauperism poverty plea recipient and duly request the Clerk of this Court to see that any and all concerned parties are duly served with a copy of this motion For Stay of Proceedings and Reopening of the instant case, on this 5th day of June, 2008 Where this Stay shall be effective upon service and receipt of it until so ordered by The Court.

*James Johnson 06/05/08*

James F. Johnson
1838 I Street NE Atp. #3
Washington, DC 20002
Tel 202 396 1890

CC: Mr. Paul Quander
     Ms. Carey CSOSA
     file