UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JAMES F. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2315 (RBW) |
| ANTHONY WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

It is hereby

ORDERED that plaintiff's "Nunc Pro Tunc Petition to Stay Proceedings in Civil Action 1:05-cv-2315 (RBW) for Lack of Non Official Court Order" [Dkt. #23], which the Court construes as a motion to reopen the case, is GRANTED.  This civil action is REOPENED.  It is further

ORDERED that the Clerk of Court shall re-issue summonses and shall cause service to be effected by the United States Marshals Service on defendants Paul Quander, Paul Brennan, John Taberski and Anthony Hinton in both their individual and official capacities, and on the Court Services and Offender Supervision Agency, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

Date: July 31, 2008