UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES F. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2315 (RBW) |
| ) | |
| ANTHONY WILLIAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby

ORDERED that plaintiff's "Nunc Pro Tunc Petition to Stay Proceedings in Civil Action 1:05-cv-2315 (RBW) for Lack of Non Official Court Order" [Dkt. #23], which the Court construes as a motion to reopen the case, is GRANTED. This civil action is REOPENED. It is further

ORDERED that the Clerk of Court shall re-issue summonses and shall cause service to be effected by the United States Marshals Service on defendants Paul Quander, Paul Brennan, John Taberski and Anthony Hinton in both their individual and official capacities, and on the Court Services and Offender Supervision Agency, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

Date: July 31, 2008

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

JAMES F. JOHNSON
R07561-016
FORT DIX FEDERAL CORRECTIONAL INSTITUT
P.O. Box 1000
Fort Dix, NJ 08640

NIXIE   086   DE 1   00   08/13/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 20001289999   *0551-06548-13-40